

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-16-00373-CV

**FREER VOLUNTEER FIRE DEPARTMENT**,
Appellant

v.

April **WALLACE**, Individually and as Next Friend of G.W.,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-13-208
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the underlying cause is DISMISSED for lack of jurisdiction. It is ORDERED that appellant, Freer Volunteer Fire Department, recover its costs of this appeal from appellee, April Wallace, individually and as next friend of Gabriella Wallace.

SIGNED October 5, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice